**E-FILED on 10/12/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC RICE, | ) | No. C 12-3730 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ERNESTO DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

The court has dismissed the instant action for failure to state a claim. A judgment of dismissal with prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/12/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\CR.12\Rice370jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC D. RICE,

        Plaintiff,

  v.

ERNEST DIAZ et al,

        Defendant.

Case Number: CV12-03730 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Rice E45570
Post Office Box 290066
A2-125
Represa, CA 95671

Dated: October 12, 2012

                        Richard W. Wieking, Clerk
                        By: Jackie Lynn Garcia, Deputy Clerk