**E-FILED on 10/12/12**

1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| ERIC RICE, | ) | No. C 12-3730 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ERNESTO DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

The court has dismissed the instant action for failure to state a claim.  A judgment of dismissal with prejudice is entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/12/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\CR.12\Rice370jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC D. RICE, | Case Number: CV12-03730 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ERNEST DIAZ et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Rice E45570
Post Office Box 290066
A2-125
Represa, CA 95671

Dated: October 12, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk